UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

FILED by _____ D.C.
OCT - 4 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case Number: 06-20572-CIV-MARTINEZ-BANDSTRA

ZOE GREENWAY,

    Plaintiff,

vs.

JOHN E. POTTER, POSTMASTER
GENERAL, USPS,

    Defendant.
_____/

**CLOSED CIVIL CASE**

### ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO SERVE

THIS CAUSE came before the Court upon *sua sponte* review. The Court has carefully considered the record and is otherwise duly advised. The Complaint was filed on March 7, 2006. The time to serve Defendant under Rule 4(m) of the Federal Rules of Civil Procedure has passed, and to date, Plaintiff has not filed an executed return of service or requested an extension of time to accomplish service. Furthermore, Plaintiff failed to respond to this Court's Order to Show Cause (D.E. No. 6), issued on September 14, 2006. Therefore, it is hereby:

**ORDERED AND ADJUDGED** that

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this case is dismissed without prejudice for failure serve the Defendant within 120 days after filing the complaint. The Clerk is directed to mark this case **CLOSED** and **DENY** all pending motions as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 3 day of October, 2006.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record

